# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136253

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEENAN LEE ROBINSON,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136253
COA: 269605
Wayne CC: 04-005425-01

On order of the Court, the application for leave to appeal the February 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

Clerk

p0616